AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  JORGENSON, CINDY K. | 2. Court or Organization  United States District Court - Arizona | 3. Date of Report  12/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Article III Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  405 W Congress, Suite 5180 Tucson, AZ 85701-5033 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 12/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Arizona Elected Officials Retirement Plan | $30,323.88 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Arizona Public Safety Retirement System (retired) |
| 2. | 2015 | Arizona State Retirement System |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 12/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Managed IRA - Cons Staples Sel Sect SPDR FD (XLP) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 2. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 3. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 4. Morgan Stanley Managed IRA - Deutshe X-Trackers MSCI EAF (DBEF) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 5. | | | | | Sold (part) | 02/29/16 | K | | |
| 6. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 7. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 8. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 9. Morgan Stanley Managed IRA - First Trust Utlts Alsphadex ETF (FXU) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 10. | | | | | Sold (part) | 06/17/16 | J | | |
| 11. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 12. Morgan Stanley Managed IRA - First Trust Amex Biotech (FBT) | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 13. | | | | | Sold | 02/29/16 | J | | |
| 14. Morgan Stanley Managed IRA - Flexshares Qualt Divd IDX ETF (QDF) | A | Dividend | K | T | Buy | 02/29/16 | K | | |
| 15. | | | | | Sold (part) | 05/12/16 | J | | |
| 16. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 17. | | | | | Buy (add'l) | 08/26/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Managed IRA - Global X FTSE Nordic REgion ETF (GXF) | A | Dividend | J | T | Buy (add'l) | 06/17/16 | J | | |
| 19. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 20. Morgan Stanley Managed IRA - Global MSCI Norway ETF (NORW) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 21. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 22. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 23. Morgan Stanley Managed IRA - Goldman ActiveBeta US LC ETF (GSLC) | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 24. Morgan Stanley Managed IRA - ISHA Hedged MSCI Germany | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 25. | | | | | Sold | 02/29/16 | K | | |
| 26. Morgan Stanley Managed IRA - IShares Core MSCI Emerging (IEMG) | B | Dividend | L | T | Buy | 05/12/16 | K | | |
| 27. | | | | | Sold (part) | 06/17/16 | J | | |
| 28. | | | | | Buy (add'l) | 08/23/16 | K | | |
| 29. Morgan Stanley Managed IRA - IShares Curr Hedged MSCI EMU (HEZU) | | None | | | Buy | 02/29/16 | J | | |
| 30. | | | | | Sold | 05/12/16 | J | A | |
| 31. Morgan Stanley Managed IRA - IShares Curr Hedged MSCI Japan (HEWJ) | A | Dividend | | | Buy | 02/29/16 | J | | |
| 32. | | | | | Sold (part) | 05/12/16 | J | | |
| 33. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 34. | | | | | Sold | 08/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Managed IRA - IShares MSCI Japan ETF (EWJ) | A | Dividend | | | Sold (part) | 01/12/16 | J | | |
| 36. | | | | | Sold (part) | 02/29/16 | J | | |
| 37. | | | | | Sold (part) | 05/12/16 | J | | |
| 38. | | | | | Sold (part) | 06/17/16 | J | | |
| 39. | | | | | Sold | 08/23/16 | J | | |
| 40. Morgan Stanley Managed IRA - IShares Intl Select Div ETF (IDV) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 41. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 42. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 43. Morgan Stanley Managed IRA - IShares MSCI Australia ETF (EWA) | A | Dividend | K | T | Buy (add'l) | 05/12/16 | K | | |
| 44. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 45. | | | | | Sold (part) | 08/23/16 | J | | |
| 46. Morgan Stanley Managed IRA - IShares MSCI EAFE Growth ETF (EFG) | A | Dividend | L | T | Sold (part) | 01/12/16 | J | | |
| 47. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 48. | | | | | Sold (part) | 05/12/16 | J | | |
| 49. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 50. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 51. Morgan Stanley Managed IRA - IShares MSCI ASIA Ex-Japan ETF (EWJ) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/29/16 | K | | |
| 53. | | | | | Sold (part) | 05/12/16 | K | | |
| 54. | | | | | Sold (part) | 06/17/16 | J | | |
| 55. | | | | | Sold (part) | 08/23/16 | J | | |
| 56. Morgan Stanley Managed IRA - IShares MSCI PAC EX-JPN ETF (EPP) | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 57. | | | | | Sold | 02/29/16 | J | | |
| 58. Morgan Stanley Managed IRA - IShares MSCI United Kingdom (EWU) | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 59. | | | | | Sold (part) | 02/29/16 | J | | |
| 60. | | | | | Sold | 05/12/16 | J | | |
| 61. Morgan Sanley Managed IRA - IShares Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 62. Morgan Stanley Managed IRA - IShares Smallcap 600 Index (IJR) | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 63. Morgan Stanley Managed IRA - IShares US Consumer Goods ETF (IYK)(fka) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 64. | | | | | Sold (part) | 02/29/16 | J | | |
| 65. | | | | | Sold (part) | 06/17/16 | J | | |
| 66. | | | | | Sold (part) | 08/23/16 | J | | |
| 67. Morgan Stanley Managed IRA - IShares US Healthcare Prov ETF (IHF) | | None | J | T | Buy | 08/23/16 | J | | |
| 68. Morgan Stanley Managed IRA - IShares US Home Construct ETF (ITB) | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/29/16 | J | | |
| 70. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 71. | | | | | Sold (part) | 06/17/16 | J | | |
| 72. | | | | | Sold | 08/23/16 | J | A | |
| 73. Morgan Stanley Managed IRA - Market Vectors Oil Service (OIH) | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 74. | | | | | Sold (part) | 02/29/16 | J | | |
| 75. | | | | | Sold | 05/12/16 | J | | |
| 76. Morgan Stanley Managed IRA - Powershares Aero & Def PTF (PPA) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 77. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 78. | | | | | Sold (part) | 05/12/16 | J | | |
| 79. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 80. | | | | | Sold (part) | 08/23/16 | J | | |
| 81. Morgan Stanley Managed IRA - Powershares S&P 500 X-Rate (XRLV) | A | Dividend | | | Sold (part) | 01/12/16 | J | A | |
| 82. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 83. | | | | | Sold (part) | 05/12/16 | J | | |
| 84. | | | | | Sold (part) | 06/17/16 | J | | |
| 85. | | | J | T | Buy (add'l) | 08/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley Managed IRA - Powershares KBW Bank Portfolio (KBWB) | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | |
| 87. | | | | | Sold | 02/29/16 | K | | |
| 88. Morgan Stanley Managed IRA - Powershares KBW Regional Bank (KBWR) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 89. Morgan Stanley Managed IRA - Powershares QQQ Tr (QQQ) | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 90. Morgan Stanley Managed IRA - Powershares Europe Curr HED Lv (FXEU) | A | Dividend | K | T | Sold (part) | 01/12/16 | J | | |
| 91. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 92. | | | | | Buy (add'l) | 05/12/16 | K | | |
| 93. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 94. | | | | | Sold (part) | 08/26/16 | K | | |
| 95. Morgan Stanley Managed IRA - Schwab US Reit ETF (SCHH) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 96. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 97. Morgan Stanley Managed IRA - Select Sector SPDR TD ETF (XLRE) | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 98. Morgan Stanley Managed IRA - SPDR Morgan Stanley Technology (MTK) (X) | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 99. | | | | | Sold (part) | 02/29/16 | J | | |
| 100. | | | | | Sold (part) | 08/23/16 | J | | |
| 101. Morgan Stanley Managed IRA - SPDR S&P Capital Markets ETF (KCE) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 102. | | | | | Buy (add'l) | 06/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/23/16 | J | | |
| 104. Morgan Stanley Managed IRA - SPDR S&P Heathcare Ser ETF (XHS) | A | Dividend | | | Buy | 05/12/16 | K | | |
| 105. | | | | | Sold | 08/23/16 | K | | |
| 106. Morgan Stanley Managed IRA - S&P 500 Index Fund IVV) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 107. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 108. Morgan Stanley Managed IRA - SPDR S&P Transn ETF (XTN) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 109. Morgan Stanley Managed IRA - The Financial Sel Sect SPDR FD (XLF) | A | Dividend | J | T | Buy (add'l) | 02/29/16 | J | | |
| 110. | | | | | Sold (part) | 05/12/16 | J | | |
| 111. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 112. | | | | | Sold (part) | 08/23/16 | J | | |
| 113. Morgan Stanley Managed IRA - UBS E-Tracs Alerian MLP ETN (MLPI) | B | Interest | K | T | Buy | 02/29/16 | K | | |
| 114. | | | | | Sold (part) | 05/12/16 | J | | |
| 115. | | | | | Sold (part) | 06/17/16 | J | | |
| 116. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 117. Morgan Stanley Managed IRA - Vanguard Large Cap ETF (VV) | A | Dividend | K | T | Sold (part) | 01/12/16 | J | | |
| 118. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 119. | | | | | Sold (part) | 08/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley Managed IRA - Vanguard Tele Svcs ETF Index (VOX) | A | Dividend | | | Buy | 02/29/16 | J | | |
| 121. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 122. | | | | | Sold | 08/23/16 | J | A | |
| 123. Morgan Stanley Managed IRA - Vanguard FTSE Developed Mkts | | None | | | Sold (part) | 01/12/16 | J | | |
| 124. | | | | | Sold | 02/29/16 | K | | |
| 125. Morgan Stanley Managed IRA - Vanguard European MSCI ETF | | None | | | Sold (part) | 01/12/16 | J | | |
| 126. | | | | | Sold | 02/29/16 | J | | |
| 127. Morgan Stanley Managed IRA - Vanguard FTSE Europe ETF | | None | | | Sold (part) | 01/12/16 | J | | |
| 128. | | | | | Sold | 02/29/16 | K | | |
| 129. Morgan Stanley Managed IRA - Wisdomtree Euro Sm Cap Div ETF (DFE) | | None | | | Buy | 02/29/16 | J | | |
| 130. | | | | | Buy (add'l) | 05/12/16 | K | | |
| 131. | | | | | Sold | 06/17/16 | K | | |
| 132. Morgan Stanley Managed IRA - Wisdomtree Europe Hedged Equity (HEDJ) | C | Dividend | L | T | Buy (add'l) | 01/12/16 | J | | |
| 133. | | | | | Buy (add'l) | 02/29/16 | K | | |
| 134. | | | | | Sold (part) | 05/12/16 | K | | |
| 135. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 136. | | | | | Sold (part) | 08/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Managed IRA - Wisdomtree LG Cap Div ETF (DLN) | A | Dividend | | | Sold (part) | 01/12/16 | J | | |
| 138. | | | | | Sold | 02/29/16 | J | | |
| 139. Morgan Stanley Managed IRA - Wisdomtree Japan SM Cap Div (DFJ) | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 140. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 141. | | | | | Sold (part) | 08/23/16 | J | | |
| 142. Morgan Stanley Managed IRA - Wisdomtree Japan Hdg Real Est (DXJR) | A | Dividend | | | Buy | 02/29/16 | K | | |
| 143. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 144. | | | | | Sold (part) | 06/24/16 | J | | |
| 145. | | | | | Sold | 08/23/16 | K | | |
| 146. Morgan Stanley Managed IRA - Wisdomtree Low P/E ETF (EZY) | A | Dividend | K | T | Buy | 05/12/16 | K | | |
| 147. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 148. Morgan Stanley Managed IRA - Wisdomtree Japan Hedge (DXJ) | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 149. | | | | | Sold (part) | 02/29/16 | J | | |
| 150. | | | | | Sold | 05/12/16 | J | | |
| 151. Morgan Stanley Bank Deposit (fka) | A | Interest | L | T | | | | | |
| 152. Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 12/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

No notes for this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CINDY K. JORGENSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544